James D. Hornbuckle SBN 230407
18000 Studebaker Road, Suite 700
Cerritos, CA 90703
Telephone: 888-990-1211
Fax: 888-990-1213

Attorney for Debtor,
Mae E. Wood

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| **In re** | Case No. 2:18-bk-10399 |
| **Mae E. Wood,** | Hon. Judge Neil W. Bason |
| | Chapter 13 |
| **Debtor,** | NOTICE OF WITHDRAWAL OF MOTION FOR SETTING OF PROPERTY VALUE [DOCKET NUMBER 26] |

TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, CHAPTER 13 TRUSTEE KATHEY DOCKERY, CREDITOR TRINITY FINANCIAL SERVICES , LLC, PARTIES IN INTEREST AND COUNSEL OF RECORD:

Please take notice that Debtor Mae E. Wood ("Debtor") hereby withdraws the Motion for Setting Property Value of 6724 Almaden Drive Fontana, CA filed in this case as Docket Number 26 on July 31, 2018.

DATED: Nov. 23, 2018           By:   /s/ James D. Hornbuckle
                                     James D. Hornbuckle
                                     Attorney for Debtor  Mae E. Wood

**NOTICE OF WITHDRAWAL OF MOTION FOR SETTING OF PROPERTY VALUE [DOCKET NUMBER 26] – PAGE 1**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**18000 Studebaker Road, Suite 700 Cerritos, CA 90703**

A true and correct copy of the foregoing document described as __**NOTICE OF WITHDRAWAL OF MOTION FOR SETTING OF PROPERTY VALUE [DOCKET NUMBERS 26]**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **Nov. 23, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Camaray D Callier-Henderson on behalf of Creditor Pingora Loan Servicing, LLC chenderson@mclaw.org, CACD_ECF@mclaw.org**

**Kathy A Dockery (TR) efiling@CH13LA.com**

**Sean C Ferry on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York As Successor In Interest To JP Morgan Chase Bank, N.A. As Trustee For Novastar Mortgage Funding Trust, Series 2006-MTA1, Novastar Home Equity Loan sferry@ecf.courtdrive.com, bkyecf@rasflaw.com**

**Rafael R Garcia-Salgado on behalf of Creditor Trinity Financial Services, LLC rgarcia@bwslaw.com, bantle@bwslaw.com,rjr-nef@bwslaw.com,jgomez@bwslaw.com**

**James D. Hornbuckle on behalf of Debtor Mae E. Wood jdh@cornerstonelawcorp.com**

**Richard J Reynolds on behalf of Creditor Trinity Financial Services, LLC rreynolds@bwslaw.com, psoeffner@bwslaw.com,tmims@bwslaw.com,rjrnef@bwslaw.com;fcabezas@bwslaw.com**

**United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **Nov. 23, 2018**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached pageI declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **Nov. 23, 2018** | **James D. Hornbuckle 230407** | **/s/ James D. Hornbuckle** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Service List:**

**Trinity Financial Services, LLC
Attn: President
2618 San Miguel Drive, Ste 303
Newport Beach, CA 92660**

**Trinity Financial Services, LLC
c/o Registered Agent Incorp Services, Inc.
5716 Corsa Ave., Suite 110
Westlake Village, CA 91362**

**Trinity Financial Services, LLC
c/o Registered Agent Incorp Services, Inc.
3773 Howard Hugfhes Pkwy, Suite 500S
Las Vegas, NV 89169**

**NOTICE OF WITHDRAWAL OF MOTION FOR SETTING OF PROPERTY VALUE [DOCKET NUMBER 26] – PAGE 3**